EILEEN M. DECKER
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DAFFODIL TYMINSKI (Cal. Bar No. 243680)
Assistant United States Attorney
OCEDTF Section
JENNIFER RESNIK (Cal. Bar No. 233634)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0917/6595
     Facsimile: (213) 894-0142
     E-mail:    Daffodil.Tyminski@usdoj.gov
                Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>              v.<br><br>LUCITA UY,<br>and LEMUEL LIBUNAO,<br><br>           Defendants. | No. CR 11-426-ODW-1<br><br>[~~proposed~~] ORDER FOR INTERLOCUTORY SALE OF REAL PROPERTY LOCATED ON GOTHIC AVENUE IN GRANADA HILLS, CALIFORNIA |

For good cause appearing, and pursuant to Rule G(7)(b)(iii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is hereby ORDERED that the following property (the "Gothic property") be sold in accordance with 28 U.S.C. §§ 2001, 2002 and 2004: Real Property located on Gothic Avenue in Granada Hills, California with assessor parcel number 2681-011-023, more fully described as follows: Lot 117 of Tract No 20102, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 540, Pages 44 to 47 inclusive of Maps, in the Office

of the County Recorder of said county.  Except therefrom the interest in all oil gas, minerals and other hydrocarbon substances below a depth of 500 feet, but without surface rights for the removal thereof, as reserved in the Deed from Dallas R. McCauley and Elinor McCauley, husband and wife, recorded September 17, 1954, in Book 45602, Page 167, Official Records.

The Gothic property shall be sold for the highest available reasonable price.  The minimum price to be accepted is $450,000.

The proceeds of the sale of the Gothic property shall be distributed as follows:

a.   First, payment of all outstanding real property taxes to the Los Angeles County Tax Collector to the date of sale;

b.   Second, payment of all costs of escrow and sale, including real estate sales commissions and applicable fees triggered by the sale of the Gothic property;

c.   Third, to the extent funds remain, payment to any secured lienholder, namely, FLS Realty LLC;

d.   Fourth, to the extent funds remain, the remaining funds (the "net proceeds") shall constitute the substitute <u>res</u> subject to forfeiture in place of the Gothic property.  The net proceeds shall be wired from escrow directly to the Internal Revenue Service ("IRS") and shall be held in an interest bearing account pending the resolution of this criminal matter.  The government shall provide wiring instructions directly to the escrow company handling the sale of the Gothic property.  Upon delivery of the net proceeds to the IRS, the government shall notify the parties and this Court of the amount that has been deposited as the substitute <u>res</u> by filing a notice with the Court.

The Court shall retain jurisdiction over the Gothic property to effectuate the terms of the sale and resolve any issues or disputes that may arise regarding the interlocutory sale of the property.

DATED: ____July 21_____, 2015    _____
                                    THE HONORABLE OTIS D. WRIGHT
                                    UNITED STATES DISTRICT JUDGE

Submitted by:

EILEEN M. DECKER
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


     /s/
_____
JENNIFER M. RESNIK
Assistant United States Attorney
Attorneys for United States